**TON**

09  5640

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Yvette Madison

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

~~22nd Police district and 9th district Police Department~~

Philadelphia City Police
22nd District, 9th district, + 6th District.

_____

_____

_____

**COMPLAINT**

Jury Trial: ☒ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  Parties in this complaint:

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name            Yvette Madison
            Street Address  2714 W Huntingdon Street
            County, City    Philadelphia, PA 19132
            State & Zip Code
            Telephone Number  267 516 0166

Rev. 10/2009

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name 22nd Police Department district
Street Address ~~401 Montgomery~~
County, City
State & Zip Code

Defendant No. 2  Name Philadelphia City Police
Street Address City of Philadelphia
County, City
State & Zip Code

Defendant No. 3  Name
Street Address
County, City
State & Zip Code

Defendant No. 4  Name
Street Address
County, City
State & Zip Code

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   [X] Federal Questions    [ ] Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? False arrest, false imprisonment, falsely charging me with Terroristic Threats against Herman Barnes a 300 lbs 5'6" foot tall black male. I am only 5 feet 125 lbs. ongoing since ~~Sept 2009~~ 10/12/2009 - Racism

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? The defendant Herman Burnes was angry at me because I got his close friend Tyrone Pierce arrested and charged with aggrivated assault. Tyrone is currently incarcerated until 1-22-2010

B. What date and approximate time did the events giving rise to your claim(s) occur? While Tyrone's been locked up since 10/12/2009, James + his girlfriend Alberting Scaffe physically assaulted me and called their family members to physically beat me inside my room, then stole my cell phone so I couldn't call cops. They (Tina + Herman) threatened to always beat me up and call cops on me because they know the cops will take their side and will

[What happened to you?]
C. Facts: automately evict me or arrest me. On 11/22/2009, Herman approached me while I was in the kitchen minding my own business. He kept comming on to me saying "You need some d...." (Penis) in front of Tina. I told Herman that I know he's sexually attracted to me but I don't want you. I said this in front of Alberting. Tyrone became jealous and enslaved with his sexual desires for me because he knows I am NOT sexually active at ALL. And I don't wear

[Who did what?]
revealing clothes to intice males. Tina became increasingly angry and bitter towards me with jealousy because she knew her man desired me more then her. So Herman and Tina both began to plot a wicked scheme against me to have me arrested and charged leading to my eviction. And they were not "quiet" about their schemes. Also, they were

[Was anyone else involved?]
intensely angry with me because again, I had Tyrone locked-up. On 11/22/2009 Herman saw me in the kitchen and made sexual advances towards me. When I refused him, he threw me up against the wall and said "That's right 'B-word' I'm gonna Rape you." Tina immediately grabbed Herman but because of his build size, he overpowered both of us. He began to choke me banging my head against the wall, then smashed my right side

[Who else saw what happened?]
of my face onto the right front Red Pilot of the electric stove. Alberting called 911 as usual and lied and said I was assaulting Herman. By this time, I ran upstairs in my room.

22nd Police District came and told me what Herman and Ting said. They told Police I used a brick with nails in it and physically assaulted him with it cutting him causing him to bleed. I asked officers to show me the Board in question and when I saw it, the board had NO blood stains or broken skin on it. I pointed this out to Cops as well as I too had no blood on me and I was wearing a white T-Shirt. So if I was the one who assaulted him using this board, where did his blood come from? Police became increasingly irritated with me because I was doing their investigation for them. Police said "It doesn't matter that the board has no Blood on it. We don't care. and you're about to be arrested if you don't go to your room." So I asked Police Angrily "If I'm about to be arrested, what are you going to charge me with?" with absolutely NO evidence of an assault? They said "disorderly conduct for not going upstairs. So I went inside and pretended to go upstairs. I overheard Police Advising Harmen and Ting to quickly 9am go to 34 S. 11 Street and get an immediate restraing order against me. Monday 23, 2009 All 3 of us boarded the 48 bus and got off at 11th market. the DA's office told ~~~~~~~ me to go to the Human Relations Dept because they can't give me a restraining order and they said they told Herman & Ting to do the same thing. I then questioned their Judgement and asked them why would they send the ~~~ Plaintiff & defendant to the same department to file a suit against each other and why Am I being denied my right to take out a restraining order against these two criminals. She just told me to leave. Since then, Herman & Tina openly bragged about how they tapped into their computer and found out my personal information like my social security number & old address. They even admitted to me they have been scanning my mail, opening my mail to see if any court documents came to me concerning Tyrine Pierce. When they opened my mail, they realized the maile they opened was from my $500,000.00 lawsuit case against P.H.A and sealed it back with scotched tape. I immediately called post office, Police who referred me to an F.B.I Agant Patric Corbin who came to the house & told Herman if he saw any discrepencies on my credit report when he & I go over it together, He will arrest both of them. I did find 2 articales of infomation alarming and Patric will schedual a meeting with me next week around the 1st of Dec.

also, Jermain Bennett the person I'm Renting from told Herman to bold down the thermistat heater with Nails so only he-Herman could have Access to the Heat. I then told Both Herman + Jermain this was totally Illegal and Licensed Inspec. told me if you Refuse to undrill the hatch, they would come out, do an inspection and fine you. So I got a butter knife and began to

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received

unscrew the top nail and Herman Immediately Rushed over to me physically shoving me hard with the knife in my hand, away from the Heater. Because Herman was such a huge guy and I am a little framed woman, I begged him to Not touch me. He then yelled at Ting and told her "quick call 911, she's got a knife." "were gonna make sure you miss thanksgiving." I ran as fast as I could so I would be cought holding the knife and Automately framed for a Crime I didn't Commit. But the Police once again klung to every word they said and handcuffed me and said they were charging me with aggrivated assault with a knife. I asked Police "How is this aggrivated assault when there's absolutely NO Injuries, NO Blood, NO ambulance called. they said "It doesn't matter you're guilty." They eventually Reduced the Charges to terristic Threats. (When I was the one being terrorized) and they didn't even take into concideration, they pressed charges against me exactly 2 months before Tyrone was scheduled to go into trial.

### V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I am 36 year old with Absolutly NO criminal Record and have No reason to lie. and these career criminals are currently being investigated by the FBI for fraudulent Activities. This Incident happened 11/24/2009

I am suing the city of Philadelphia for $150,000.00 for false imprisonment, Racism, false Arrest, Pain & Suffering. because they allowed Herman + Ting to Abuse my by Not taking my Side of things and Not Listning to the truth, they are biased & prejudists and didn't care I was being physically and emotionally Raped, Abused, assaulted, stolen from, Police even Stated to me on every ocassion they were called "So what, we don't care about your Rights. We're the LAW Not You and we can do what we want."

On 11/25/2009, Herman and Alberting both called 911 around 6Am because I came home at this time immediately screaming at them from the Living Room calling them a bunch of Crooks. I told them how Stupid they were to lie and have me falsely arrested 2 months before the trial date of their friend Tyrone. While they were in the Room Listening to my Anger, I told them what they both did was a felony act by Harassing and having me arrested with No physical evidence to prove their case. I Read a portion of my Suppena out Loud and told them what could happen if they showed up to court to press charges against me. The cops came out once again And told me Herman & Ting had the Legal Right to Evict me from my home even though they are tennants. Not the one who owns the property — Jermaine Bennett.

So I went to 34 S. 11th Street, 5-floor to see if this was true and the guy said "Only A Landlord has the Right to evict tennants. tennants can't evict each other." he Listened to my entire story completely and gave me a waiver to fill out to get a Restraining order against these 2 people. He said "Just go up on the Next floor up to the 6th floor tell them what happened and they will help you. good luck."

Pg 1

Cont.

as soon as I walked into the DA's office a nasty Hispanic female and tall line Black Male who was an officer immediately disrespected me badly by saying "get the F word out our office B-word. Don't Bring your F___ing ASS back here again. the man said "Bitch, I will beat you the F___ up. Right now. I told him "I don't doubt for a second that you will put your hands on me, — Merry Christmas. the Elevator came. they both followed me down to the 1st floor. He said "You are a B-word. and I'm about to f___word you up. I looked directly at him and said "first of ALL I am a woman and don't you Ever in your life forget it. then I said "What's wrong, you know I'm going to sue the Phila. City Police department for $150,000.00?" he said "You're arrested and don't come back. he then told ALL security in the lobby to bann me from the entire building from this day forward. the only Reason I knew the DA'S knew I was suing them for $150,000.00 is because I threatned a Law Suit agaist them from the entire time police violated me in my home and hand cuffed me until the time I was Eventually Released 5:30AM on 8th + Race. (Word travels fast)

Ynette Madison
11/25/2009

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25 day of November, 2009.

Signature of Plaintiff Yvette Mack Sr
Mailing Address 2714 W Huntingdon Street Phila. PA 19132

Telephone Number 2675160166
Fax Number (if you have one) _____
E-mail Address _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____

Rev. 10/2009

- 5 -